AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KEVIN BOOT,

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| PATRICK GLEBE, | ) |
| _____ | |
| *Defendant* | |

Civil Action No.   2:13-cv-00242-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The previously imposed STAY is LIFTED.  The Clerk of the Court shall enter judgment of dismissal of the Petition for
Writ of Habeas Corpus (ECF No. 1) with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Lonny R. Suko

Order Lifting Stay and Directing Entry of Judgment of Dismissal With Prejudice.  ECF No. 22.

Date:  May 25, 2016

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Tonia Ramirez
_____
*(By) Deputy Clerk*

Tonia Ramirez
_____